ACCEPTED
15-25-00174-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 1:30 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00174-CV

# In the
# Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 1:30:16 PM
CHRISTOPHER A. PRINE
Clerk

RHONDA CARNLEY AND BRUCE CARNLEY,
*Appellants*,

v.

LOST RIVER HOMEOWNERS ASSOCIATION,
*Appellee*.

On Appeal from the 26th District Court,
Williamson County, Texas (No. 24-0553-C26)
The Honorable Donna King, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Kevin J. Terrazas
State Bar No. 24060708
kterrazas@atlawpllc.com
Jennifer A. Foster
State Bar No. 24104938
jfoster@atlawpllc.com
**ARAMBULA TERRAZAS PLLC**
1001 S. Capital of Texas Hwy.
Bldg. L, Suite 250
Austin, Texas 78746
512-904-0200

Appellants Rhonda and Bruce Carnley ("Appellants") respectfully request a 30-day extension of the deadline to file their opening brief in the above-captioned matter. This is Appellants' first request for an extension of the deadline to file their brief. The Court's current deadline for Appellants to file their opening brief is January 16, 2026. If Appellants' request is granted, the brief will be due on February 16, 2026.

Appellants request this extension because Appellants' lead counsel has had and will continue to have significant time commitments related to numerous other ongoing cases that make it impracticable to complete the opening brief in this matter by the current deadline, including:

- Drafting an appellate brief in *John Gower and Christine Mills v. The River Mews Association, Inc., et al.*, No. 4D2025-2566 in the Fourth District Court of Appeals for the State of Florida;

- Drafting an appellate brief in *Daniel Khwaja v. 1545 W. North Avenue, LLC, et al.*, No. 1-25-1995 in Appellate Court of Illinois for the First District;

- Preparation for a jury trial and motions hearings in *In re Estate of Norberto Salinas*, No. P-42,216 in the Probate Court of Hidalgo County, Texas;

- Significant summary judgment briefing in *Rachel and Mark Schwartz v. Thomas Sebold & Associates, Inc.*, in Private Arbitration before Kevin Hendricks; and

- Preparation of the appellants' brief in *Firmus Centro, LLC v. ATX Self-Storage, LLC*, No. 07-25-00408-CV in the Seventh Court of Appeals, Amarillo, Texas.

Appellant's counsel has conferred with counsel for Appellee Lost River Homeowners' Association, who advises that Appellee is not opposed to Appellants' request for an extension of time.

For the foregoing reasons, Appellants respectfully request a 30-day extension of time to file their opening brief, extending the deadline up to and including February 16, 2026.

Respectfully submitted,

**ARAMBULA TERRAZAS PLLC**
1001 S. Capital of Texas Hwy, L250
Austin, Texas 78746
512-904-0200

By: */s/ Kevin J. Terrazas*
    Kevin J. Terrazas
    State Bar No. 24060708
    kterrazas@atlawpllc.com
    Jennifer A. Foster
    State Bar No. 24104938
    jfoster@atlawpllc.com

**ATTORNEYS FOR APPELLANTS RHONDA AND BRUCE CARNLEY**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with R. Mark Dietz, counsel for Appellee Lost River Homeowners Association via e-mail on January 2, 2026. Mr. Dietz advises that Appellee does not oppose the relief requested in this motion.

*/s/ Jennifer A. Foster*
Jennifer A. Foster

3

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the above and foregoing document was served by e-service on January 2, 2026 on all counsel of record, specifically:

R. Mark Dietz
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, Texas 78664-5219

**ATTORNEYS FOR APPELLEE LOST RIVER HOMEOWNERS ASSOCIATION**

*/s/ Jennifer A. Foster*
Jennifer A. Foster

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster
Bar No. 24104938
jfoster@atlawpllc.com
Envelope ID: 109607128
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion for Extension of Time to File Appellants' Brief
Status as of 1/2/2026 1:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin Terrazas | | kterrazas@terrazaspllc.com | 1/2/2026 1:30:16 PM | SENT |
| Jennifer Foster | | jfoster@terrazaspllc.com | 1/2/2026 1:30:16 PM | SENT |
| Brian Smith | | bsmith@dunnsmith.com | 1/2/2026 1:30:16 PM | SENT |
| R. MarkDietz | | mdietz@lawdietz.com | 1/2/2026 1:30:16 PM | SENT |
| Douglas Cornwell | | dcornwell@lawdietz.com | 1/2/2026 1:30:16 PM | SENT |